# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD ALLISON,<br>　　Plaintiff,<br>v.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br>　　Defendants. | Case No.: 2:20-cv-02305-APG-NJK<br><br>**REPORT AND RECOMMENDATION** |

　　On December 22, 2020, the Court issued an order instructing Plaintiff to either pay the filing fee or file a complete application to proceed *in forma pauperis* no later than February 22, 2021. Docket No. 3. The Court cautioned Plaintiff that failure to comply with the Court's order will result in a recommendation to the District Judge that this matter be dismissed. *Id.* To date, Plaintiff has not paid the filing fee or filed a complete application to proceed *in forma pauperis*, and no extension has been requested. *See* Docket.

　　Accordingly, **IT IS RECOMMENDED** that this matter be dismissed without prejudice.

　　Dated: March 2, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## NOTICE

　　This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).