# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD ALLISON, | Case No.: 2:20-cv-02305-APG-NJK |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | [ECF No. 4] |
| Defendants | |

On March 2, 2021, Magistrate Judge Koppe recommended that I dismiss this case because plaintiff Ronald Allison did not pay the filing fee or submit a request to proceed in forma pauperis and has not updated his address. ECF No. 4.  Allison did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Judge Koppe's report and recommendation **(ECF No. 4) is accepted**.  Plaintiff Ronald Allison's complaint is DISMISSED without prejudice.  The clerk of court is instructed to close this case.

DATED this 25th day of March, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE